**1228**

UNITED STATES of America,
Plaintiff-Appellee,

v.

FIRST NATIONAL BANK OF COMMERCE IN NEW ORLEANS, Defendant-Third Party Plaintiff-Appellant,

Leisure Systems, Inc., et al., Third Party Defendants-Appellees.

No. 73–4039

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 9, 1974.

Henry P. Dart, III, New Orleans, La., for appellant.

Gerald J. Gallinghouse, U. S. Atty., Michaelle F. Pitard, John R. Schupp, Asst. U. S. Attys., New Orleans, La., Marlow R. Preston, Dallas, Tex., for plaintiff-appellee.

Before COLEMAN, DYER and RONEY, Circuit Judges.

PER CURIAM:

In this appeal from a bench trial the district court's findings of fact are not attacked. After a careful review of the record we are satisfied that the court applied proper legal standards, and the judgment entered below should therefore be

Affirmed.[1]

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. Although the district court made no finding or conclusion concerning the sufficiency of

---

The UNITED STATES of America,
Plaintiff-Appellee,

v.

Martin Chavez LOPEZ, Defendant-Appellant.

No. 73–2077.

United States Court of Appeals,
Fifth Circuit.

May 10, 1974.

Gerald M. Birnberg, Houston, Tex. (Court-appointed), for defendant-appellant.

Jamie C. Boyd, Asst. U. S. Atty., Ralph E. Harris, Asst. U. S. Atty., El Paso, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, and GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Treating this as an allowance by the Court of an out-of-time direct appeal (and not a § 2255 collateral attack), we hold that since the very same action by the Trial Court in this very same trial was held to be error as to his codefendant Garza in United States v. Garza, 5 Cir., 1970, 426 F.2d 949, 953–955, reversal and remand for a new trial is likewise called for as to Lopez.

Reversed and remanded.

---

the service of the levy on the Bank's Vice-President and Controller we find the Bank's contention that the service was invalid to be without merit.